217

134 A.3d 447

Leon LEWIS, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 27 EM 2016.

Supreme Court of Pennsylvania.

April 6, 2016.

## ORDER

PER CURIAM.

AND NOW, this 6th day of April, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus compelling adjudication of Petitioner's pending PCRA petition, are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.